IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRACY THOMPSON, § | |
| § | |
| Plaintiff § | |
| § | H-00-1081 |
| V. § | CIVIL ACTION NO. _____ |
| § | JURY TRIAL DEMANDED |
| NORTH HOUSTON BANK, HARRIS § | |
| COUNTY, THE HARRIS COUNTY § | |
| SHERIFF'S DEPARTMENT, AND § | |
| DONALD ROBERTSON § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE JUDGE AND JURY OF SAID COURT:

### Parties

1.  Plaintiff is a resident of Houston, Harris County, Texas.

2.  Defendant **NORTH HOUSTON BANK** (hereinafter referred to as "NHB") is a banking institution. Summons may be issued on said Defendant by serving Audrey Warren, Vice-President, at 3945 Little York, Houston, Harris County, Texas 77093.

3.  Defendant **HARRIS COUNTY** (hereinafter referred to as "HARRIS COUNTY") is a governmental entity. Summons may be issued on said Defendant by serving Robert Eckels, County Judge, at 1001 Preston, Houston, Harris County, Texas 77002.

4.  Defendant **THE HARRIS COUNTY SHERIFF'S DEPARTMENT** (hereinafter referred to as "HCSD") is a governmental entity in Houston, Harris County, Texas. Summons may be issued on said Defendant by serving Sheriff Tommy Thomas at 1301 Franklin, Houston, Harris County, Texas 77002.

5. Defendant **DONALD ROBERTSON** (hereinafter referred to as "ROBERTSON") is an individual residing in Houston, Harris County, Texas. Summons may be issued on said Defendant by serving him at 121 West Main, Humble, Harris County, Texas 77338.

### Jurisdiction and Venue

6. This Court has jurisdiction to hear and determine this claim based upon violations of Texas statutory and/or common law, and federal civil rights law pursuant to 28 U.S.C. § 1343, and 42 U.S.C. §§ 1981 and 1983. Venue is proper in Harris County, Texas because all of the acts giving rise to Plaintiff's complaint occurred in Harris County, Texas.

### Nature of Action

7. This is an action for money damages against Defendants NHB, HARRIS COUNTY, HCSD, and ROBERTSON, for violation of the Plaintiff's constitutional rights.

8. Specifically, it is alleged that on or about June 10, 1998, at approximately 5:00 p.m., Plaintiff went to NHB to conduct financial transactions associated with his account. As Plaintiff was leaving NHB, Officer ROBERTSON inquired as to why Plaintiff's car did not have a key in it. Plaintiff responded that it did have a key, a single key. Officer ROBERTSON then requested to see Plaintiff's driver's license. Plaintiff complied with the request, and Officer ROBERTSON checked to see if Plaintiff had any outstanding warrants. Plaintiff did not have any outstanding warrants.

9. Officer ROBERTSON looked at Plaintiff, and then asked him if he had an attitude problem. Plaintiff responded that he did not, but that it was just hot outside. Officer ROBERTSON replied "No shit! Are you trying to be a smart ass nigger?" Officer ROBERTSON then handed Plaintiff his driver's license. Plaintiff cranked his car, and

2

began backing up, when, all of a sudden Officer ROBERTSON reached inside Plaintiff's car and struck Plaintiff in his left eye. After striking Plaintiff with his fist, Officer ROBERTSON stated "Now you can go nigger."

10. Plaintiff decided to go back into NHB to speak with a bank supervisor concerning Officer ROBERTSON's conduct. As Plaintiff was approaching the building, Officer ROBERTSON told Plaintiff to put his hands behind his back. Plaintiff complied, and Officer ROBERTSON handcuffed Plaintiff, and walked him inside the bank with his hands handcuffed behind his back.

11. Officer ROBERTSON then advised Plaintiff that he could file charges on him, but that he would let him go if he did not have any attitude problems. At that point, Officer ROBERTSON un-handcuffed Plaintiff.

## Count One

12. Plaintiff incorporates the allegations contained in paragraphs 1-11 as though fully set forth here.

13. It is alleged that Plaintiff was illegally arrested and detained by Defendant ROBERTSON. It is further alleged that at all times pertinent to this lawsuit Defendant ROBERTSON was acting under color of law, and in the course and scope of his employment with Defendants NHB, HARRIS COUNTY and HCSD.

14. Defendant ROBERTSON was, at all times pertinent to this lawsuit, a duly appointed and acting Officer of HARRIS COUNTY and HCSD, and acted under color of law, to wit, under color of the statutes, ordinances, regulations, customs and usages of the State of Texas and/or the City of Houston.

3

15. Defendants NHB, HARRIS COUNTY, HCSD, and ROBERTSON maliciously had Plaintiff arrested illegally and without probable cause. As a direct and proximate result of the acts of Defendants NHB, HARRIS COUNTY, HCSD, and ROBERTSON, Plaintiff was deprived of his liberty, was caused to suffer anxiety, mental suffering and humiliation, was frightened, and incurred attorney's fees to prosecute this lawsuit.

16. The acts of Defendants NHB, HARRIS COUNTY, HCSD, and ROBERTSON constituted a deprivation of Plaintiff's constitutional rights, privileges and immunities, and while said acts were carried out under the color of law, they had no justification in law, but instead were gratuitous, illegal and improper.

17. Plaintiff was, at all times pertinent to this lawsuit, and still is, a citizen of the United States.

18. Each of the Defendants, separately and in concert, deprived Plaintiff of Plaintiff's rights to:

    a. Freedom from illegal detention;

    b. Freedom from humiliation and intimidation and harassment;

    c. Equal protection of the law; and

    d. Equal benefit of all laws.

## Count Two

19 Plaintiff incorporates the allegations contained in paragraphs 1-18 as though fully set forth here.

20. Defendant ROBERTSON's conduct described above gives rise to claims for assault and battery. Plaintiff has suffered damages in excess of the minimum jurisdictional limits

4

of this court as a direct and proximate result of Defendant's conduct for which he now seeks recovery.

## Count Three

21. Plaintiff incorporates the allegations contained in paragraphs 1-20 as though fully set forth here.

22. Defendants NHB's, HARRIS COUNTY's, and HCSD's conduct described above gives rise to a claim for negligence. Defendants NHB, HARRIS COUNTY, and HCSD negligently hired, retained, and supervised Defendant ROBERTSON. Defendants NHB's, HARRIS COUNTY's, and HCSD's negligence proximately caused Plaintiff to suffer damages in excess of the minimum jurisdictional limits of this Court for which he now seeks recovery. Further, Defendants NHB, HARRIS COUNTY, and HCSD were grossly negligent with respect to the foregoing, giving rise to a claim for gross negligence and punitive damages.

## Count Four

23. Plaintiff incorporates the allegations contained in paragraphs 1-22 as though fully set forth here.

24. Defendants' actions described above give rise to a claim for intentional infliction of emotional distress. Plaintiff has suffered damages in excess of the minimum jurisdictional limits of this court as a direct and proximate result of Defendants' conduct for which he now seeks recovery.

## Count Five

25.     Plaintiff incorporates the allegations contained in paragraphs 1-24 as though fully set forth here.

26.     Defendants NHB, HARRIS COUNTY, HCSD, and ROBERTSON's conduct described above was done wilfully or maliciously, in bad faith or with an improper motive, and/or with reckless or callous indifference to the federally-protected rights of Plaintiff. Accordingly, Plaintiff is entitled to recover punitive damages in order to deter Defendants from engaging in such conduct in the future.

## Attorney's Fees

27.     Pursuant 42 U.S.C. § 1988, Plaintiff is entitled to reasonable and necessary attorney's fees for the preparation and trial of this case and various stages of appeal, if any, including additional attorney's fees in the event it is necessary to pursue the collection of any judgments.

## Jury Requested

28.     A jury trial is requested on all issues. A jury fee has been tendered.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that summons be issued and cause to be served upon the defendants and that, upon final trial, he recover all actual damages, all punitive damages, all prejudgment and post-judgment interest, all attorney's fees, costs of court, and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,

_____
CHAD MATTHEWS
TSB # 00787980
ANGELA D. JOHNSON
TSB # 24004721
ATTORNEYS IN CHARGE FOR PLAINTIFF

OF COUNSEL:

SANES & MATTHEWS
6900 Fannin, Suite 1160
Houston, Texas  77030
(713) 799-8400
(713) 799-1714 (FAX)

7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY THOMPSON, | § | |
| Plaintiff | § § § | |
| V.S.. | § § | CIVIL ACTION NO. _____ |
| | § | SUMMONS |
| NORTH HOUSTON BANK, HARRIS COUNTY, THE HARRIS COUNTY SHERIFF'S DEPARTMENT, AND DONALD ROBERTSON, | § § § § § | |
| Defendants. | § § | |

TO: DONALD ROBERTSON, 121 West Main, Humble, Texas 77338.

You are hereby summoned and required to serve upon Chad Matthews and Angela D. Johnson of Sanes and Matthews, Plaintiff's attorneys, whose address is 6900 Fannin, Suite 1160, Houston, Texas 77030, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be take against you for the relief demanded in the complaint.

_____
Clerk of Court

[ seal of the U.S. District Court]
Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY THOMPSON, | § | |
| Plaintiff | § § § | |
| V.S.. | § § | CIVIL ACTION NO. _____ |
| NORTH HOUSTON BANK, HARRIS COUNTY, THE HARRIS COUNTY SHERIFF'S DEPARTMENT, AND DONALD ROBERTSON, | § § § § § § | SUMMONS |
| Defendants. | § | |

TO: THE HARRIS COUNTY SHERIFF'S DEPARTMENT, through Sheriff Tommy Thomas, 1301 Franklin, Houston, Texas 77002.

You are hereby summoned and required to serve upon Chad Matthews and Angela D. Johnson of Sanes and Matthews, Plaintiff's attorneys, whose address is 6900 Fannin, Suite 1160, Houston, Texas 77030, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be take against you for the relief demanded in the complaint.

_____
Clerk of Court

[ seal of the U.S. District Court]
Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY THOMPSON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V.S.. | § | CIVIL ACTION NO. _____ |
| | § | SUMMONS |
| NORTH HOUSTON BANK, HARRIS | § | |
| COUNTY, THE HARRIS COUNTY | § | |
| SHERIFF'S DEPARTMENT, AND | § | |
| DONALD ROBERTSON, | § | |
| | § | |
| Defendants. | § | |

TO:   HARRIS COUNTY, through Robert Eckels, County Judge, 1001 Preston, Houston, Texas 77002.

You are hereby summoned and required to serve upon Chad Matthews and Angela D. Johnson of Sanes and Matthews, Plaintiff's attorneys, whose address is 6900 Fannin, Suite 1160, Houston, Texas 77030, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be take against you for the relief demanded in the complaint.

_____
Clerk of Court

[ seal of the U.S. District Court]
Dated: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRACY THOMPSON, | § | |
| Plaintiff | § | |
| V.S.. | § | CIVIL ACTION NO. _____ |
| | § | SUMMONS |
| NORTH HOUSTON BANK, HARRIS COUNTY, THE HARRIS COUNTY SHERIFF'S DEPARTMENT, AND DONALD ROBERTSON, | § | |
| Defendants. | § | |

TO: NORTH HOUSTON BANK, through its Vice President, Audrey Warren, 3945 Little York, Houston, Texas 77093.

You are hereby summoned and required to serve upon Chad Matthews and Angela D. Johnson of Sanes and Matthews, Plaintiff's attorneys, whose address is 6900 Fannin, Suite 1160, Houston, Texas 77030, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be take against you for the relief demanded in the complaint.

_____
Clerk of Court

[ seal of the U.S. District Court]
Dated: _____